JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI REEVES,<br><br>            Plaintiff,<br><br>      vs.<br><br>BOSTON SCIENTIFIC CORPORATION and DOES 15 through 500, INCLUSIVE,<br><br>            Defendants. | Case No.  CV 13-05378-MWF (RZx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Removal Filed:   July 25, 2018<br>Trial Date:           None Set. |

Having considered Plaintiff Lori Reeves and Defendants Boston Scientific Corporation's Joint Stipulation of Dismissal with Prejudice, this Court **HEREBY GRANTS** the stipulation and dismisses this case, with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: April 13, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge